Sophia DAIRE, Petitioner–Appellant,

v.

Mary LATTIMORE, Warden, Respondent–Appellee.

No. 12–55667.

United States Court of Appeals, Ninth Circuit.

Aug. 28, 2015.

D.C. No. 2:10–cv–03743–DMG–AJW.

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.